IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RODNEY J. FELCHAK and CARMEN K. FELCHAK, § § Plaintiffs, § § VS. § JP MORGAN CHASE BANK, N.A., § § Defendant. § | CIVIL ACTION NO. H-12-2847 |

# FINAL JUDGMENT

In accordance with this court's Memorandum and Opinion of today's date, summary judgment is granted for the defendant. The plaintiffs' claims are dismissed with prejudice.

This is a final judgment.

SIGNED on May 10, 2013, at Houston, Texas.

Lee H. Rosenthal
United States District Judge